```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 05267
   NANCY AYVAZ
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1768


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 03/23/2007 and was not confirmed.

      The case was dismissed without confirmation 08/06/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------

NEW CENTURY MORTGAGE COR  SECURED NOT I         .00           .00           .00
TOYOTA MOTOR CREDIT       SECURED VEHIC         .00           .00           .00
TOYOTA MOTOR CREDIT       UNSECURED             .00           .00           .00
WELLS FARGO FINANCIAL ~   SECURED NOT I         .00           .00           .00
WELLS FARGO FINANCIAL AC  UNSECURED       NOT FILED           .00           .00
AMERICAN STUDENT ASSISTA  UNSECURED         68735.97          .00           .00
ECAST SETTLEMENT CORP     UNSECURED           570.32          .00           .00
MEDICAL                   UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED           518.08          .00           .00
NICOR GAS                 UNSECURED          1051.78          .00           .00
NORDSTROM                 UNSECURED          1102.13          .00           .00
STUDENT LOAN              UNSECURED       NOT FILED           .00           .00
VILLAGE SQUARE DENTISTRY  UNSECURED       NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED          2273.12          .00           .00
WELLS FARGO               UNSECURED       NOT FILED           .00           .00
ADVANCE AMERICA           UNSECURED       NOT FILED           .00           .00
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED           .00           .00
BANK FIRST                UNSECURED       NOT FILED           .00           .00
BANNER FEDERAL CU         UNSECURED       NOT FILED           .00           .00
BANK OF AMERICA           UNSECURED       NOT FILED           .00           .00
CAPITAL ONE BANK          UNSECURED       NOT FILED           .00           .00
AT & T WIRELESS           UNSECURED       NOT FILED           .00           .00
COLEMAN CLOSETS           UNSECURED       NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00           .00
LASALLE BANK LAKEVIEW     UNSECURED       NOT FILED           .00           .00
MCYDSNB                   UNSECURED       NOT FILED           .00           .00
MENS WAREHOUSE            UNSECURED       NOT FILED           .00           .00
GEMB                      NOTICE ONLY     NOT FILED           .00           .00
SALLIE MAE                UNSECURED       NOT FILED           .00           .00
STATE BANK AND TRUST      UNSECURED       NOT FILED           .00           .00
SUN TECH LOANS            UNSECURED       NOT FILED           .00           .00
TNB TARGET                UNSECURED       NOT FILED           .00           .00
UW PARKSIDE               UNSECURED       NOT FILED           .00           .00
WFFINANCIAL               UNSECURED       NOT FILED           .00           .00
ZIP CASH                  UNSECURED       NOT FILED           .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05267 NANCY AYVAZ
```

```
NEW CENTURY MORTGAGE COR  SECURED NOT I        .00              .00            .00
BARCLAYS CAPITAL REAL ES  SECURED NOT I        .00              .00            .00
BARCLAYS CAPITAL REAL ES  SECURED NOT I        .00              .00            .00
B-REAL LLC                UNSECURED       1405.43               .00            .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY    3,000.00                            931.00
TOM VAUGHN                TRUSTEE                                             69.00
DEBTOR REFUND             REFUND                                                .00
```

Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                1,000.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     931.00
TRUSTEE COMPENSATION                                69.00
DEBTOR REFUND                                         .00
                     ---------------         ---------------
TOTALS                 1,000.00                   1,000.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
Dated: 12/03/07                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```